## KLOSIEWICZ v SOVEREIGN CAMP OF WOODMEN OF THE WORLD

Ohio Appeals, 8th Dist, Cuyahoga Co

No 15981. Decided May 31, 1937

Harrison & Marshman, Cleveland, for plaintiff-appellee.

K. W. Stoffel, Cleveland, for defendant-appellant.

MONTGOMERY, PJ, and SHERICK, J, (5th Dist) and HORNBECK, J, (2nd Dist), sitting by designation.

### OPINION

BY THE COURT

We find no prejudicial error in the charge. We cannot determine that there is reversible error in any particular assigned, in part because the pleadings are not before us and every legal intendment supporting the correctness of the verdict and judgment must be indulged.